# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 20-cv-03753-DDD-KMT**

HERITAGE ROYALTY OIL & GAS, LLC, on behalf of itself and all others similarly situated,

    Plaintiff,

v.

FOUNDATION ENERGY MANAGEMENT, LLC (including affiliated predecessors & successors),

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the above-captioned matter, without prejudice, each party to bear its own costs.

DATED: May 23, 2022.

| For Plaintiff: | For Defendant: |
|---|---|
| */s/ Rex A. Sharp* | */s/ Nathan K. Davis* |
| Rex A. Sharp, CO #17389 | Nathan K. Davis, CO #31187 |
| W. Greg Wright | SNELL & WILMER L.L.P. |
| Scott B. Goodger | 1200 Seventeenth Street, Suite 1900 |
| SHARP LAW, LLP | Denver, Colorado 80202-5854 |
| 5301 W. 75th Street | Phone: (303) 634-2000 |
| Prairie Village, KS 66208 | Fax: (303) 634-2020 |
| (913) 901-0505 | E-mail: ndavis@swlw.com |
| (913) 901-0419 fax | |
| rsharp@midwest-law.com | Terry D. Ragsdale |
| gwright@midwest-law.com | Bradley W. Welsh |
| sgoodger@midwest-law.com | GABLE & GOTWALS |
| | 1100 ONEOK Plaza |
| *Attorneys for Plaintiff* | 100 W. Fifth Street |
| | Tulsa, OK 74103 |
| | Phone: (918) 595 4800 |
| | Fax: (918) 595-4990 |

1

E-mail: tragsdale@gablelaw.com
E-mail: bwelsh@gablelaw.com

*Attorneys for Defendant Foundation Energy Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to parties and attorneys who are filing users.

*/s/ Rex A. Sharp*